

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 8:36:36 AM
CHRISTOPHER A. PRINE
Clerk

June 23, 2015

MARK KRATOVIL
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FL
HOUSTON, TX 77002

Defendant's Name: JOSEPH SMITH

Cause No: 1397699

Court: 228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/16/15
**Sentence Imposed Date:** 6/05/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** MARK KRATOVIL

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MARY LISA MILLS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651



CAUSE NO. 1397699

THE STATE OF TEXAS § IN THE DISTRICT COURT OF
 §
VS §
 § HARRIS COUNTY, TEXAS
 §
JOSEPH SMITH § 228th JUDICIAL DISTRICT

## NOTICE OF APPEAL OF GUILTY PLEA

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSEPH SMITH, Defendant in the above entitled and numbered cause, and within 30 days of sentencing, files this notice of appeal from his plea of guilty in Cause No. 1397699.

Defendant acknowledges that the plea in the above entitled and numbered cause was entered pursuant of the provisions of Article 1.15 of the code of Criminal Procedure, and that the punishment assessed does not exceed that recommended by the prosecutor and agreed to by the defendant and his attorney, but further shows the court that "right of a limited appeal was allowed by the judge in this court, as stated in open court and recorded by court reporter during sentencing, as to matters concerning Double

Jeopardy. Thus, Defendant tenders this notice as evidence of his desire to appeal conviction in Cause No. 1397699.

Respectfully Submitted,

Joseph Smith
DEFENDANT

"I, Joseph Smith SPN# 02582461, being presently incarcerated in the Harris County Jail, in Harris County, Texas, declare under penalty of perjury that the foregoing is true and correct."

Executed on June 11, 2015

SIGNATURE

ORDER

On this the _____ day of _____ 2015, came to be heard by me, the Defendent's Notice of Appeal of Guilty Plea and it appears to this court that this motion should be

GRANTED _____
DENIED _____
, and it is so ordered.

JUDGE PRESIDING

## CERTIFICATE OF SERVICE

This is to certify that on June 11, 2015, a true and correct copy of the above and foregoing document was sent through the Harris County Jail by first-class U.S. Mail to the Harris County District Clerks office at the following address:

Criminal Justice Building, 3rd Floor
1201 Franklin St
Houston, Tx 77002.

Joseph Smith



1397699 1397699
Cause No. ~~1336966~~ ~~1336966~~ ⊛ A

977

**THE STATE OF TEXAS**

v.

SMITH, JOSEPH ANTHONY
, Defendant

IN THE 228 **DISTRICT COURT**

**COUNTY CRIMINAL COURT AT LAW NO.** ____

**HARRIS COUNTY, TEXAS**

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____
Judge

6·19·2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

Mark Kratovil
_____
Defendant's Counsel

State Bar of Texas ID number: 24076098

Mailing Address: 1201 Franklin, 13th Floor
Houston, TX 77002

Telephone number: (713) 274-6728

Fax number (if any): (713) 437-4339

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1397699

OFFENSE: Murder X

THE STATE OF TEXAS

228th DISTRICT COURT

VS.

OF

Joseph Smith

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Joseph Smith , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☒ Appoint appellate counsel to represent him.

☒ Asks the court to order that a free record be provided to him.

DEFENDANT

SUBSCRIBED AND SWORN to before me, this 19 day of June A.D., 2015.

DEPUTY DISTRICT CLERK
228th DISTRICT COURT
HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk

JUN 19 2015

Time: _____
Harris County, Texas

By 7/19/15 Deputy

## ORDER

960

On 7/19/15 the court conducted a hearing and found that the defendant is indigent.

☐ The court orders that Mark Kratovil (P.D.) is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: L Mills , by certified and return receipt requested.

061915

Assistant Public Defender Assigned by HCPD

Bar # _____ SPN # _____

JUDGE PRESIDING
228th DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Mark Kratovil (Pub. Def. ofc.) , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)

BAR/SPN NUMBER 24076098

ADDRESS 1201 Franklin, 13th Floor

CITY Houston STATE TX ZIP 77002

PHONE (713) 274-6728

FAX NUMBER (713) 437-4339

EMAIL ADDRESS mark.kratovil@pdo.hctx.net

SWORN TO AND SUBSCRIBED BEFORE ME ON 6-19-15 . 22/896

DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK

# APPEAL CARD

149?

8-4-15

Court
228

Cause No.
~~1397699~~
1397699

**The State of Texas**
**Vs**

SMITH, JOSEPH

6-5-15

**Date Notice
Of Appeal:** 061615

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** M CARTER

**Court Reporter** L MILLS

**Court Reporter**_____

**Court Reporter**_____

**Attorney
on Trial** R SCARDINO

**Attorney
on Appeal** M KRATOVIL

Appointed ✓ Hired_____

**Offense** MURDER

**Jury Trial** Yes_____ No ✓

**Punishment
Assessed** 30 YT

**Companion Cases
(If Known)** 1336964

**Amount of
Appeal Bond** $

**Appellant
Confined:** Yes ✓ No_____    221997

**Date Submitted
To Appeal Section** 061915

**Deputy Clerk** JHB